UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :
: CRIMINAL NO. 07-44 (ESH)
v.  :
:
TARIK HARRISON,  :
:
Defendant.  :

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1) are as follows:

A. That the Defendant knowingly possessed a firearm, that is a 9 millimeter Ruger semi-automatic pistol, model P 95, and ammunition, that is 9 millimeter ammunition;

B. The firearm and/or ammunition had been shipped or transported from one state to another;

C. At the time the Defendant possessed the handgun and/or ammunition, the Defendant had been convicted of a felony, that is Carrying a Pistol Without a License Outside Home/Business, an offense punishable by imprisonment for a term exceeding one year.

II. <u>COPY OF THE PLEA AGREEMENT</u>:

A copy of the plea agreement is attached.

III. <u>PENALTIES</u>:

Pursuant to Title 18, United States Code, Sections 922 (g)(1), 924 (a)(2), 3571(b)(3), and 3583(b)(2), the charge carries a maximum sentence of 10 years imprisonment, a fine not to exceed $250,000, and a term of supervised release of not more than three (3) years.

IV. <u>FACTUAL PROFFER</u>:

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on February 6, 2007, at approximately 10:50 p.m., while patrolling the 2200 block of Savannah Terrace, Southeast, Metropolitan Police Department Officer Christopher Smith saw the Defendant walking with a group of males. Officer Smith stopped the Defendant and asked the Defendant for identification. During the stop, Officer Smith saw the handle of a gun sticking out of the Defendant's right pants pocket. Thereafter, the police recovered a loaded 9 millimeter Ruger Pistol from the Defendant's pocket. The pistol contained one round of 9 millimeter ammunition in the chamber, and 20 rounds of 9 millimeter ammunition in the magazine. The gun and the ammunition that were recovered in this case were not manufactured in the District of Columbia.

On February 6, 2007, the Defendant had been previously convicted of a felony in this District, in criminal case number F-2447-99.

The foregoing proffer is a summary of the Defendant's participation in the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, and is not intended to be a complete account of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the Defendant's guilty plea in this case.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 489-610

BY: _____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080

## DEFENDANT'S ACCEPTANCE

I have read the Government's Proffer of Evidence setting forth the facts as to my Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1). I have discussed this proffer fully with my attorney, Brian K. McDaniel, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 5-02-2007

TARIK HARRISON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read the government's proffer of evidence as to my client's Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. I have reviewed the entire proffer with my client and have fully discussed it with him. I acknowledge my client's agreement with and acceptance of this proffer.

Date: 5/02/07

BRIAN K. MCDANIEL
Counsel for Defendant