UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**    )
                                )
                                )
        vs.                     )    DOCKET NO.: 07-044-01
                                )
**Tarik A. Harrison**           )

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The US Probation Office completed and disclosed the Presentence Report on July 26, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 27 day of July, 2007

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the US Probation Office.

_Ellen S Huvelle_
Ellen Segal Huvelle
United States District Judge

_7/27/07_
DATE

